## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BOBBIE GIBSON,

      Plaintiff,

v.                                                                                                                   No. CV 20-1168 WJ/CG

SUNDANCE SERVICES, LLC, et al.,

      Defendants.

### ORDER RESETTING INITIAL SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on review of the record. **IT IS HEREBY ORDERED** that the Rule 16 initial scheduling conference previously scheduled for Thursday, March 11, 2021, at 1:30 p.m., (Doc. 11), is reset and will be conducted by telephone on **Monday, March 15, 2021, at 10:30 a.m.** Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

      **IT IS SO ORDERED**.

                                                _____
                                                THE HONORABLE CARMEN E. GARZA
                                                CHIEF UNITED STATES MAGISTRATE JUDGE