IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOBBIE GIBSON,

       Plaintiff,

v.                                                                 No. CV 20-1168 WJ/CG

SUNDANCE SERVICES, LLC, et al.,

       Defendants.

## ORDER VACATING SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon Plaintiff's *Motion to Continue Settlement Conference*, (Doc. 33), and Defendant Sundance Services, Inc.'s *Response in Opposition to Motion to Continue Settlement* Conference, (Doc. 34), both filed September 20, 2021. The Court finds that conducting a settlement conference at the present time would not be fruitful.

**IT IS THEREFORE ORDERED that** Plaintiff's *Motion to Continue Settlement Conference*, (Doc. 33), shall be **GRANTED.**

**IT IS FURTHER ORDERED** that the previously scheduled Settlement Conference set for Tuesday, September 21, 2021, at 9:00 a.m., is **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE