# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**BOBBIE GIBSON,**

    **Plaintiff,**

**v.**                                                     **No. 2:20-cv-01168-WJ-CG**

**SUNDANCE SERVICES LLC,**

    **Defendant.**

## STIPULATED ORDER TO QUASH SUBPOENA AND EXTEND DISPOSITIVE MOTIONS DEADLINE

This matter comes before the Court on the stipulation of the parties. The Court, being well and fully advised in the premises, hereby FINDS AND ORDERS as follows:

    1.    The subpoena attached as Exhibit A to Defendant's Motion to Quash (Doc. 38, filed 10/11/21) is hereby QUASHED.

    2.    The pretrial motions deadline of October 14, 2021(see Doc. 18, filed 3/15/21 at 2, ¶ *vii*) is hereby EXTENDED until **October 28, 2021**, in order to give the parties an opportunity to pursue settlement of this case before expending costs and fees associated with dispositive motions practice.

    IT IS SO ORDERED

                                                              THE HON. CARMEN E. GARZA
                                                              Chief United States Magistrate Judge

Submitted and approved:

**HOLLAND & HART, LLP**

By: */s/ Little V. West*
    Little V. West
    Julia Broggi
P. O. Box 2208
Santa Fe, NM 87504-2208
110 North Guadalupe, Suite 1
Santa Fe, NM 87501
(505) 988-4421
lvwest@hollandhart.com
jbroggi@hollandhart.com

**ATTORNEYS FOR SUNDANCE SERVICES, INC.**

**THE LAW OFFICE OF ROSS R. BETTIS**

*/s/ Ross R. Bettis* (via email 10/12/21)
Ross R. Bettis, Esq.
726 E. Michigan Drive, Suite 100
Hobbs, NM 88240
Phone (575) 393-7677
Facsimile (866) 990-7098
attorneyrossbettis@gmail.com

**ATTORNEY FOR PLAINTIFF**

17559139_v2