IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BOBBIE GIBSON,

    Plaintiff,

v.                                                                        No. CV 20-1168 MIS/CG

SUNDANCE SERVICES, LLC, et al.,

    Defendants.

### ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon communication from counsel that the matter has settled. **IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **November 30, 2021**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE